# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

|                          |   |                      |
|--------------------------|---|----------------------|
| SMITH & NEPHEW, INC.,    | ) |                      |
|                          | ) |                      |
|    Plaintiff, | ) | CA No. 10-10951-RWZ |
|                          | ) |                      |
|    v.     | ) |                      |
|                          | ) |                      |
| INTERLACE MEDICAL, INC., | ) |                      |
|                          | ) |                      |
|    Defendant. | ) |                  |

_____

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to LR. 7.2, Defendant Interlace Medical, Inc. ("Interlace") respectfully requests that the Court grant it leave to file under seal the confidential versions of the exhibits in support of its Memorandum of Law in Support of its Emergency Motion to Strike Portions of Plaintiff's Expert Report Regarding Infringement ("the Memorandum").

Interlace states that this motion is brought with good cause because the exhibits to the Memorandum include highly confidential information regarding Interlace's business.

Because these papers support Interlace's Emergency Motion to Strike Portions of Plaintiff's Expert Report Regarding Infringement, it is necessary for the Court to have access to the highly confidential information Interlace provides in order to evaluate Interlace's assertion that the relief requested is necessary. Interlace has filed redacted, non-confidential versions of the exhibits to the Memorandum in the public record.

The papers to be sealed should be impounded until further order of the Court pursuant to L.R. 7.2(a) because these documents will remain relevant to the Court's analysis throughout the pendency of the case. At the conclusion of this litigation, the parties will retrieve the impounded materials as directed by the Court.

Dated:  October 25, 2011                              **INTERLACE MEDICAL, INC.,**

By its attorneys,

/s/ Jack C. Schecter_____
Joel R. Leeman, BBO # 292070
Jack C. Schecter, BBO # 652349
SUNSTEIN KANN MURPHY
    & TIMBERS LLP
125 Summer Street
Boston, MA 02110-1618
Tel: 617-692-2281
Email: jschecter@sunsteinlaw.com

*Pro hac vice*
Matthew M. Wolf
Marc A. Cohn
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Tel: 202.942.5000
marc.cohn@aporter.com

**CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1**

I certify that on October 25, 2011, counsel for defendant Interlace Medical, Inc. conferred with counsel for plaintiff Smith & Nephew, Inc., and counsel for plaintiff assents to the relief requested herein.

/s/ Jack C. Schecter
Jack C. Schecter

**CERTIFICATE OF SERVICE**

I certify that, on the above date, this document and its exhibits contemporaneously filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Jack C. Schecter
Jack C. Schecter

03619/00501 1534544.1