UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SMITH & NEPHEW, INC., Plaintiff )<br>)<br>v. )<br>)<br>INTERLACE MEDICAL, INC., and )<br>HOLOGIC, INC., Defendants )<br>) | CIVIL ACTION NO. 10-cv-10951-RWZ |

## JOINT STIPULATION

Counsel in the above matter have agreed that Plaintiff Smith & Nephew, Inc. may file and serve its opposition to Defendants' Emergency Motion to Strike Portions of Plaintiff's Expert's Report Regarding Infringement on or before **Friday, October 28, 2011**.

Respectfully submitted,

| SMITH & NEPHEW, INC., | INTERLACE MEDICAL, INC., a wholly owned business of Hologic, Inc., and HOLOGIC, INC., |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/*Joshua S. Barlow* | /s/*Marc A. Cohn*   (by permission) |
| Joseph J. Leghorn (BBO # 292440) | Matthew M. Wolf, *admitted pro hac vice* |
| Maia H. Harris (BBO #648208) | Marc A. Cohn, *admitted pro hac vice* |
| Joshua S. Barlow (BBO #667472) | Arnold & Porter LLP |
| NIXON PEABODY LLP | 555 Twelfth Street, NW |
| 100 Summer Street | Washington, D.C.  20004 |
| Boston, Massachusetts  02110 |  |
| (617) 345-1000 | Joel R. Leeman, BBO # 292070 |
| (617) 345-1300 (facsimile) | Jack C. Schecter, BBO #652349 |
|  | SUNSTEIN KANN MURPHY |
|  | & TIMBERS LLP |
|  | 125 Summer Street |
|  | Boston, Massachusetts 02110-1618 |
|  | Tel: (617) 692-2281 |

Date:  October 26, 2011

**CERTIFICATE OF SERVICE**

     I, Joshua S. Barlow, do hereby certify that a true copy of the above document was filed through the Court's ECF system on this 26th day of October, 2011 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                         /s/*Joshua S. Barlow*
                                         Joshua S. Barlow