UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | NO. 10-cv-10951-RWZ |
| ) | |
| INTERLACE MEDICAL, INC., and ) | |
| HOLOGIC, INC., ) | |
| ) | |
| Defendants. ) | |

**INTERLACE'S MOTION FOR WITHDRAWAL OF MOTION TO SEAL**

Defendants, Interlace Medical, Inc., and Hologic, Inc., request that the Assented-To Motion to Seal Papers Filed in Opposition to Plaintiff's Motion for Summary Judgment [D.N. 89] be withdrawn, as it was filed in error.

Dated:  December 30, 2011

       Interlace Medical, Inc., and
       Hologic, Inc.

       By its attorneys,

       /s/ Joel R. Leeman
       Joel R. Leeman, BBO # 292070
       Jack C. Schecter, BBO # 652349
       Sunstein Kann Murphy & Timbers LLP
       125 Summer Street
       Boston, MA 02110-1618
       Tel: 617-443-9292
       jleeman@sunsteinlaw.com

*Pro hac vice*

Matthew M. Wolf
Marc A. Cohn
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Tel: 202.942.5000
matthew.wolf@aporter.com
marc.cohn@aporter.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was filed through the Court's ECF system on the above date and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

       /s/ Joel R. Leeman
       Joel R. Leeman

03619/00501  1570859.1